**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHERYL GABRIEL

CA 07 286 ML

VS.

C.A. No.:

CIGNA GROUP INSURANCE
AND LIFE INSURANCE COMPANY
OF NORTH AMERICA

## COMPLAINT

## PARTIES AND JURISDICTION

1. The plaintiff, Cheryl Gabriel, a resident of the Town of North Kingstown, State of Rhode Island, brings this complaint on her own behalf as a beneficiary under a long term disability insurance policy and life insurance issued to her through her employer, Tele Communications, Inc.

2. The defendant, Life Insurance Company of North America, is an ERISA Welfare Benefit Plan within the meaning of ERISA, 29 USC§1002(1), and this Court has jurisdiction under 29 USC§1144.

3. The defendant, CIGNA Group Insurance Company, acted as the administrator of a long term disability benefit plan and life insurance issued to the employees of Tele Communications, Inc. Said long term disability plan bears the life insurance policy number LK6157 GUTL 3629.

4. The plaintiff was an employee of Tele Communications, Inc.., on and prior to April, 1995, and by virtue of said employment was a certificate holder of said long term disability benefit plan issued by the defendant.

5. While in the employ of Tele Communications, Inc., the plaintiff became totally disabled as defined in the certificate of long term disability benefits.

6. In April, 1995, the plaintiff was no longer able to perform her job duties.

7. The plaintiff duly filed a claim for long term disability benefits and a waiver of life insurance premiums as required by the policy described above.

8. The plaintiff received benefits from April, 1995 through December, 1997. On or about January 6, 1998, the plaintiff received notification from the defendants that her long term disability benefits were being terminated and that her waiver of life insurance premiums was also terminated.

9. The plaintiff has demanded additional benefits from the defendants and the defendants have refused to pay benefits due the plaintiff under the aforementioned policy.

10. The defendants' failure to pay the benefits due the plaintiff is a breach of its obligation under the policy.

WHEREFORE, the plaintiff, Cheryl Gabriel, demands judgment against the defendants, CIGNA Group Insurance and Life Insurance Company of North America, in an amount equal to the coverage provided by said plan, plus interest, costs and attorney fees.

Plaintiff,
Cheryl Gabriel,
By her Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

Dated:: 8/1/07