UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL GABRIEL, Plaintiff | ) | |
| | ) | C.A. No. 07-0286/ML |
| v. | ) | |
| CIGNA GROUP INSURANCE AND LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendants | ) | STIPULATION |

1. The complaint may be dismissed against defendant "Cigna Group Insurance" without prejudice.

2. Plaintiff and defendant Life Insurance Company of North America agree that it may have up to and including September 15, 2007 to respond to the complaint.

/s/ Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq., #2762
Baluch, Gianfrancesco, Mathieu
& Alger
Attorneys for Plaintiff
155 South Main Street
Providence, Rhode Island 02903
(401) 331-1434
(401) 351-9653 [FAX]

/s/ Catherine A. Shaghalian
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: August 20, 2007

CERTIFICATE OF SERVICE

To:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903

I hereby certify that I electronically filed this Stipulation on August 20, 2007. The Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian