UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHERYL GABRIEL, Plaintiff

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendant

C.A. No. 07-0286/ML

STIPULATION

Plaintiff and defendant Life Insurance Company of North America agree that defendant may have up to and including September 28, 2007 to answer or otherwise respond to the complaint.

/s/ Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq., #2762
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
Attorneys for Plaintiff
155 South Main Street
Providence, Rhode Island 02903
(401) 331-1434
(401) 351-9653 [FAX]

/s/ Catherine A. Shaghalian
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: September 13, 2007

CERTIFICATE OF SERVICE

To:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903

I hereby certify that I electronically filed this Stipulation on September 13, 2007. The Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian