**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHERYL GABRIEL

VS. C.A. No.: 07-0286/ML

CIGNA GROUP INSURANCE
AND LIFE INSURANCE COMPANY
OF NORTH AMERICA

**ANSWER TO COUNTERCLAIM**

Now comes the plaintiff, Cheryl Gabriel and for her Answer to the Defendant's Counterclaim states that she admits the allegation contained in paragraph 1 of Defendant's Counterclaim; is without sufficient information to affirm or deny the allegations contained in paragraphs 2, 3, 4, 5, 6 and 7 of said Counterclaim; and denies the allegations contained in paragraphs 8, 9, 10 and 11.

WHEREFORE, Plaintiff requests that Defendants Counterclaim be dismissed and such other further relief as this Court may deem meet and just.

Plaintiff,
Cheryl Gabriel,
By her Attorney,

/s/Anthony J. Gianfrancesco

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

**CERTIFICATION**

I hereby certify that a true copy of the above documents filed through the ECF system will be sent electronically to Catherine A. Shaghalian, Esq., cshaghalian@vatterandwhite.com, Vetter & White, 20 Washington Place, Providence, RI 02903 on this 1st day of November, 2007.

/s/Anthony J. Gianfrancesco