**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHERYL GABRIEL

VS. C.A. No.: 07-0286/ML

CIGNA GROUP INSURANCE
AND LIFE INSURANCE COMPANY
OF NORTH AMERICA

**PLAINTIFF'S PRETRIAL CONFERENCE STATEMENT**

The plaintiff, Cheryl Gabriel was an employee of TCI Communications, Inc. and through her employment became a participant in an employee welfare benefit plans providing disability benefits. Beginning in January 1993 Ms. Gabriel began to experience pain problems which worsened with time. She continued to work until some time in April of 1995 when while moving a small cabinet at work she experienced an exacerbation of her pain. She went out of work and eventually made a claim for long-term disability benefits. The request for benefits was approved on October 27, 1995. She continued to receive benefits for two years until January 6, 1998 when her benefits were terminated because she no longer met the definition of being disabled for "any occupation". That decision denying benefits was appealed. Ms. Gabrielle has exhausted all administrative appeals.

Under Federal ERISA Law, The plan administrator has discretion in terminating eligibility for long-term disability benefits. However, the decision of the administrator must not be arbitrary and capricious. It is the plaintiff's position that the medical records presented to the administrator indicate that Ms. Gabrielle is totally disabled from any occupation. It is the plaintiff's position that that administrator's decision denying her

benefits in light of these records was not made in good faith, was not reasonable and in fact was arbitrary and capricious and in violation of Federal ERISA Law.

In addition, Ms. Gabrielle had been afforded a waiver of premium while receiving disability benefits. That waiver was terminated along with her benefits. She has filed a counterclaim for reinstatement of the waiver of premium.

Plaintiff,
Cheryl Gabriel,
By her Attorney,

/s/Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

**CERTIFICATION**

I hereby certify that a true copy of the above documents filed through the ECF system will be sent electronically to Catherine A. Shaghalian, Esq., cshaghalian@vatterandwhite.com, Vetter & White, 20 Washington Place, Providence, RI 02903 on this 10th day of December, 2007.

/s/Anthony J. Gianfrancesco