UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CHERYL GABRIEL

VS. C.A. NO. 07-286ML

CIGNA LIFE INSURANCE CO., et al

ORDER

Pursuant to a Rule 16 Conference held on December 13, 2007, it is hereby ordered that Cross Motions for Summary Judgment shall be filed on or before April 30, 2008.

PER ORDER:

Mary M. Lisi
Chief U.S. District Judge
December 14 , 2007

ENTERED: