UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL GABRIEL, Plaintiff | ) | |
| v. | ) | C.A. No. 07-0286/ML |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendant | ) | |

PLAINTIFF'S AND DEFENDANT'S JOINT MOTION
FOR THE ENTRY OF A PROTECTIVE ORDER

Plaintiff Cheryl Gabriel and defendant Life Insurance Company of North America jointly move pursuant to F.R.C.P. 26(c) for the entry of the protective order appended hereto to safeguard confidential information.

The parties file herewith a proposed protective order and a supporting memorandum of law.

/s/ Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq., #2762
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
Attorneys for Plaintiff
155 South Main Street – Suite 101
Providence, Rhode Island 02903
(401) 331-1434
(401) 351-9653 FAX

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: January 28, 2008

CERTIFICATE OF SERVICE

To:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street – Suite 101
Providence, RI 02903

I hereby certify that I electronically filed this Motion on January 29, 2008. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks R. Magratten

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL GABRIEL, Plaintiff | ) | |
| v. | ) | C.A. No. 07-0286/ML |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendant | ) | |

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S AND DEFENDANT'S JOINT MOTION
FOR THE ENTRY OF A PROTECTIVE ORDER

Plaintiff Cheryl Gabriel and defendant Life Insurance Company of North America jointly move pursuant to F.R.C.P. 26(c) for the entry of the protective order filed herewith to safeguard confidential and proprietary information.

Plaintiff seeks long-term disability ("LTD") benefits from an employee welfare benefit plan pursuant to ERISA, 29 U.S.C. §1132(a)(1)(B). Defendant has counterclaimed to recoup an overpayment of LTD benefits.

Rule 26 disclosures and the adjudication of claims may require the disclosure of confidential or proprietary information. The defendant's claim file, for example, contains medical information concerning the plaintiff. It also contains information concerning the defendant's policies and procedures that is not otherwise publicly available.

Rule 26(c) provides that a party may move for the entry of an order that will protect the party from "annoyance, embarrassment, oppression, or undue burden or expense, including ... (7) that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way."

The entry of such an order is not uncommon and is appropriate in a case involving sensitive information. See, e.g., Foster-Miller, Inc. v. Babcock & Wilcox Canada, 210 F.3d 1, 15 (1st Cir. 2000)("The documents in question were all initially marked confidential by FMI and produced under an agreed-to protective order which limited the parties' availability to use materials so marked."); IMAX Corp. v. Cinema Technologies, Inc., 152 F.3d 1161, 1168 n. 9 (9th Cir. 1998); Allstate Ins. Co. v. Receivable Finance Co., 2003 WL 22220670 (N.D. Tx. 2003); In re: Inter-Op Hip Prosthesis Liability Litigation, 2001 WL 34131989 (N.D. Oh. 2001).

For these reasons, the parties have agreed on the form of order filed with this motion which permits the parties to designate materials "Confidential" and limit the distribution of those materials accordingly. The parties now respectfully request the Court to enter the same.

/s/ Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq., #2762
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
Attorneys for Plaintiff
155 South Main Street – Suite 101
Providence, Rhode Island 02903
(401) 331-1434
(401) 351-9653 FAX

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: January 28, 2008

CERTIFICATE OF SERVICE

To:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street – Suite 101
Providence, RI 02903

I hereby certify that I electronically filed this Memorandum on January 29, 2008. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks R. Magratten