UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL GABRIEL, Plaintiff | ) | |
| v. | ) | C.A. No. 07-0286/ML |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendant | ) | |

STIPULATION OF DISMISSAL

The parties hereby stipulate that this matter may be dismissed with prejudice, no fees or costs.

/s/ Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq., #2762
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
Attorneys for Plaintiff
155 South Main Street – Suite 101
Providence, Rhode Island 02903
(401) 331-1434
(401) 351-9653 FAX
a.gianfrancesco@bgmalaw.com

/s/ Catherine A. Shaghalian
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: March 18, 2008

CERTIFICATE OF SERVICE

To:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street – Suite 101
Providence, RI 02903

I hereby certify that I electronically filed this Stipulation of Dismissal on March 18, 2008. The Stipulation of Dismissal is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian